William D. Hyslop
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 18 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:19-CR-216-WFN |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 472<br>Possession of Counterfeit Currency (Count 1) |
| WILLIAM RAY CLONINGER, JR., | |
| Defendant. | 18 U.S.C. § 472<br>Passing Counterfeit Currency (Counts 2-7) |
| | 18 U.S.C. § 471<br>Manufacture of Counterfeit Currency (Count 8) |
| | 18 U.S.C. §§ 982(a)(2)(B), 492, 28 U.S.C. § 2461(c)<br>Notice of Criminal Forfeiture |

The Grand Jury charges:

COUNT 1

On or about October 16, 2019, in the Eastern District of Washington, the Defendant, WILLIAM RAY CLONINGER, JR., did, with the intent to defraud,

INDICTMENT - 1

possess falsely made, forged, and counterfeit Federal Reserve Notes, to wit: seven (7) $20 Federal Reserve Notes, bearing serial number MG43818307D, which WILLIAM RAY CLONINGER, JR. knew to be falsely made, forged, and counterfeit, all in violation of 18 U.S.C. § 472.

COUNT 2

On or about June 25, 2019, in the Eastern District of Washington, the Defendant, WILLIAM RAY CLONINGER, JR., did, with the intent to defraud, pass six (6) falsely made, forged, and counterfeit $20 Federal Reserve Notes, bearing serial number, MB8419016IE and one (1) falsely made, forged, and counterfeit $20 Federal Reserve Notes, bearing serial number, JF9431019B, which WILLIAM RAY CLONINGER, JR. knew to be falsely made, forged, and counterfeit, to Home Depot Store No. 4714, located at 5617 E. Sprague Avenue, Spokane Valley, Washington, 99025, all in violation of 18 U.S.C. § 472.

COUNT 3

On or about August 2, 2019, in the Eastern District of Washington, the Defendant, WILLIAM RAY CLONINGER, JR., did, with the intent to defraud, pass two (2) falsely made, forged, and counterfeit $20 Federal Reserve Notes, bearing serial number MK10703609E, and three (3) falsely made, forged, and counterfeit $20 Federal Reserve Notes, bearing serial number MF44997829F, which WILLIAM RAY CLONINGER, JR. knew to be falsely made, forged, and

INDICTMENT - 2

counterfeit, to Home Depot Store No. 4714, located at 5617 E. Sprague Avenue, Spokane Valley, Washington, 99025, all in violation of 18 U.S.C. § 472.

COUNT 4

On or about August 3, 2019, in the Eastern District of Washington, the Defendant, WILLIAM RAY CLONINGER, JR., did, with the intent to defraud, pass two (2) falsely made, forged, and counterfeit $20 Federal Reserve Notes, bearing serial number MD17281740D, which WILLIAM RAY CLONINGER, JR. knew to be falsely made, forged, and counterfeit, to M.R., Spokane, Washington, all in violation of 18 U.S.C. § 472.

COUNT 5

On or about September 17, 2019, in the Eastern District of Washington, the Defendant, WILLIAM RAY CLONINGER, JR., did, with the intent to defraud, pass three (3) falsely made, forged, and counterfeit $20 Federal Reserve Notes, bearing serial number MF09154877K, which WILLIAM RAY CLONINGER, JR. knew to be falsely made, forged, and counterfeit, to Cricket Wireless, located at 13817 E. Sprague Avenue #10, Spokane Valley, Washington, 99216, all in violation of 18 U.S.C. § 472.

COUNT 6

On or about September 24, 2019, in the Eastern District of Washington, the Defendant, WILLIAM RAY CLONINGER, JR., did, with the intent to defraud,

INDICTMENT - 3

pass one (1) falsely made, forged, and counterfeit $20 Federal Reserve Note, bearing serial number ML39276413L and four (4) falsely made, forged, and counterfeit $20 Federal Reserve Notes, bearing serial number MD31653485E which WILLIAM RAY CLONINGER, JR. knew to be falsely made, forged, and counterfeit, to K.T. in Spokane County, Washington, 99216, all in violation of 18 U.S.C. § 472.

## COUNT 7

On or about October 15, 2019, in the Eastern District of Washington, the Defendant, WILLIAM RAY CLONINGER, JR., did, with the intent to defraud, pass three (3) falsely made, forged, and counterfeit $20 Federal Reserve Notes, bearing serial number MG94337856F, which WILLIAM RAY CLONINGER, JR. knew to be falsely made, forged, and counterfeit, to Home Depot located at 9116 N. Newport Hwy., Spokane, Washington, all in violation of 18 U.S.C. § 472.

## COUNT 8

On or about and between May 15, 2019, and on or about October 16, 2019, in the Eastern District of Washington, the Defendant, WILLIAM RAY CLONINGER, JR. with the intent to defraud, falsely made, forged, and counterfeited $20 Federal Reserve Notes, bearing various serial numbers, all in violation of 18 U.S.C. § 471.

INDICTMENT - 4

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The violations charged in this Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 982(a)(2)(B) upon conviction of an offense(s) in violation of 18 U.S.C. §§ 471 and 472, as charged in this Indictment, the Defendant, WILLIAM RAY CLONINGER, JR., shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation.

Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 471 and 472, as charged in this Indictment, the Defendant, WILLIAM RAY CLONINGER, JR., shall forfeit to the United States of America, all counterfeits of any coins or obligations or other securities of the United States or of any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. §§ 471, 472; and, any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the Defendants without proper authority.

If any forfeitable property, as a result of any act or omission of the Defendant(s):

INDICTMENT - 5

     a.    cannot be located upon the exercise of due diligence;

     b.    has been transferred or sold to, or deposited with, a third party;

     c.    has been placed beyond the jurisdiction of the court;

     d.    has been substantially diminished in value; or

     e.    has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) or 28 U.S.C. § 2461(c).

DATED this 17 day of December, 2019.

_William T. Hyslop_ (signature)
William D. Hyslop
United States Attorney

_Earl A. Hicks_ (signature)
Earl A. Hicks
Assistant United States Attorney

INDICTMENT - 6