PROB 12C
(6/16)

Report Date: February 7, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ray Cloninger, Jr.    Case Number: 0980 2:19CR00216-WFN-1

Address of Offender:                                     Spokane, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 15, 2020

Original Offense:    Passing Counterfeit Currency, 18 U.S.C. § 472
                     Manufacture of Counterfeit Currency, 18 U.S.C. § 471

Original Sentence:   Prison - 36 Months;           Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: Earl Allan Hicks              Date Supervision Commenced: September 20, 2022

Defense Attorney:    John Stephen Roberts, Jr.     Date Supervision Expires: September 19, 2025

### PETITIONING THE COURT

**To issue a SUMMONS.**

On September 20, 2022, Mr. William Cloninger Jr. signed his conditions relative to case number 2:19CR00216-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. William Cloninger is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on multiple occasions, to include using the substance on a daily basis beginning on or about January 23 through 26, 2023, and then additionally on or about both February 1 and 4, 2023. This information is based both on urinalysis testing results, as well as the client's admission of such use.

Specifically, on January 26, 2023, an unscheduled home contact was conducted with the client in the community at his then temporary residence. During the contact two previously unknown parties were contacted, one of whom departed the residence without identifying themselves to the undersigned officer as directed. Mr. Cloninger denied knowing the parties' last name or date of birth. As a result of the determined circumstances, Mr. Cloninger was directed to report the following day, January 27, 2023, for random urinalysis testing.

Prob12C
Re: Cloninger, Jr., William Ray
February 7, 2023
Page 2

On the morning of January 27, 2023, Mr. Cloninger sent a text message to the undersigned officer advising of his recent relapse on methamphetamine occurring on January 26, 2023, as well as falling victim to thinking errors and self sabotage. Mr. Cloninger later reported on the day in question and submitted a urinalysis sample that presented presumptive positive for both methamphetamine and fentanyl. On February 6, 2023, the lab report was received specific to the client's sample as submitted, confirming the sample as positive for amphetamine and methamphetamine consistent with the client's statements. The lab report regarding his alleged use of fentanyl remains outstanding as of the date of this report.

On February 3, 2023, Mr. Cloninger was contacted both telephonically and by text messaging, during which the client admitted to again ingesting methamphetamine on February 1, 2023, indicating he felt that he was in a bad place then, but was now doing better. Mr. Cloninger indicated he was set to provide payment that afternoon toward a recently secured clean and sober house and asked that he be able to report on Monday instead of that date for further dialogue and urinalysis testing.

On Monday, February 6, 2023, Mr. Cloninger reported to the U.S. Probation Office in Spokane, and indicated continued sobriety since his previous admission to the undersigned officer. Mr. Cloninger submitted a urinalysis sample for testing that proved presumptive positive for methamphetamine and he was again confronted, at which time he again admitted to having ingested methamphetamine on or about Saturday, February 4, 2023, indicating he did so just prior to moving into his newly obtained housing. Mr. Cloninger did sign a drug use admission form specific to both his previous admissions regarding him ingesting methamphetamine on both February 1 and 4, 2023.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 7, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

2/8/2023
Date