PROB 12C
(6/16)

Report Date:  February 28, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ray Cloninger, Jr.              Case Number: 0980 2:19CR00216-WFN-1

Address of Offender: ███████████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 15, 2020

| | |
|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472<br>Manufacture of Counterfeit Currency, 18 U.S.C. § 471 |
| Original Sentence: | Prison - 36 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: September 20, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 19, 2025 |

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/7/2023 and 2/17/2023.

On September 20, 2022, Mr. William Cloninger, Jr. signed his conditions relative to case number 2:19CR00216-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. William Cloninger is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about February 19, 2023, based on the client's admission of such use.<br><br>Specifically, and as the Court may recall, on February 17, 2023, Your Honor issued an arrest warrant for Mr. Cloninger in response to numerous incurred ongoing alleged violations of Mr. Cloninger's supervised release. On February 19, 2023, Mr. Cloninger was taken into custody while in the community, and on February 21, 2023, Mr. Cloninger appeared before the Honorable James A. Goeke, U.S. Magistrate Court Judge for the Eastern District of Washington. Given Mr. Cloninger's standing assessment recommending that he become |

**Prob12C**
**Re: Cloninger, Jr., William Ray**
**February 28, 2023**
**Page 2**

engaged in inpatient services, the client's desire to participate in services and the fact that a date for enrollment was actively being sought by the U.S. Probation Office, Mr. Cloninger was released until his pending revocation hearing, currently set before Your Honor for March 15, 2023, at 10:00 a.m. in Spokane. Mr. Cloninger was additionally ordered by the Court to participate in inpatient services upon enrollment and a curfew was imposed.

On February 22, 2023, Mr. Cloninger contacted the undersigned officer and indicated his having released from the Spokane County Jail the night prior at approximately 10 p.m. Mr. Cloninger was directed to report to the U.S. Probation Office on the day in question for urinalysis testing, among other reasons, to which he committed. Approximately 2 hours later Mr. Cloninger again contacted the undersigned officer telephonically and advised that while he remained committed to reporting as instructed that he wanted to advise this officer that he had used methamphetamine most recently on Sunday (February 19, 2023) prior to his arrest in the community.

Inpatient placement was subsequently secured for Mr. Cloninger on the day in question and he was directed to instead report directly to the provider for intake. Mr. Cloninger was later confirmed to have arrived for services on the day in question, where he currently remains in good standing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 28, 2023

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C

**Re: Cloninger, Jr., William Ray**
**February 28, 2023**
**Page 3**

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[  ]  Defendant to appear before the Judge assigned to the
      case.
[X]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_____
Signature of Judicial Officer

  3/1/2023
_____
Date