PROB 12C
(6/16)

Report Date: January 25, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ray Cloninger        Case Number: 0980 2:19CR00216-JAG-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: July 15, 2020

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472; Manufacture of Counterfeit Currency, 18 U.S.C. § 471 | |
| Original Sentence: | Prison - 36 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Dan Fruchter | Date Supervision Commenced: September 20, 2022 |
| Defense Attorney: | Andrea George | Date Supervision Expires: September 19, 2025 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in his petition in future proceedings with violations previously reported to the Court on 2/7/23, 2/17/23 and 2/28/23.

On September 20, 2022, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale.  You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Cloninger violated the terms of his supervised release by consuming alcohol on or about January 24, 2024. |
| | On January 25, 2024, the undersigned officer was notified by staff with Pioneer Human Services that Mr. Cloninger arrived at their facility the evening prior to participate in substance abuse treatment while being under the influence of alcohol.  Staff indicated Mr. Cloninger was removed from the group session and his car keys were taken away due to him being under the influence.   They described him as "wasted" and advised he could barely stand. |

Prob12C
**Re: Cloninger, William Ray**
**January 25, 2024**
Page 2

Contact was made with Mr. Cloninger on January 25, 2024. He admitted to consuming alcohol the day prior after going into a restaurant, making a decision to have a drink and then choosing to drink more. Mr. Cloninger indicated he was "buzzed" but not drunk.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/25/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

January 25, 2024

Date