PROB 12C
(6/16)

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 9, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: William Ray Cloninger | Case Number: 0980 2:19CR00216-JAG-1 |
| Address of Offender: ▇▇▇▇▇▇▇ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: July 15, 2020

| | |
|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472; Manufacture of Counterfeit Currency, 18 U.S.C. § 471 |
| Original Sentence: | Prison - 36 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Dan Fruchter |
| Date Supervision Commenced: | September 20, 2022 |
| Defense Attorney: | Andrea George |
| Date Supervision Expires: | September 19, 2025 |

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/7/2023, 2/17/2023 and 2/28/2023.

On September 20, 2022, the offender's conditions of supervision were reviewed by the probation officer.  Mr. Cloninger signed the conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: It is alleged that William Cloninger violated the terms of his supervised release by being terminated from the residential reentry center (RRC), on or about May 9, 2024.

On February 1, 2024, Mr. Cloninger appeared at a Sobriety Treatment and Education Program (STEP) session.  He was in custody at the time.  He was ordered to enter the RRC and comply with the program requirements until approved to discharge.

Prob12C
Re: Cloninger, William Ray
May 9, 2024
Page 2

On March 27, 2024, Mr. Cloninger released from custody and entered the RRC as directed.

On May 9, 2024, the undersigned was contacted by RRC staff who suspected that Mr. Cloninger was using Spice, synthetic marijuana. They located in Mr. Cloninger's bed paraphernalia related to the use of Spice (burnt pieces of paper, burnt batteries, and two alarm clocks that had the cords cut having the wires exposed).

As a result of the items located, Mr. Cloninger is being terminated from the RRC.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/09/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/10/24

Date