PROB 12C  
(6/16)

Report Date: February 21, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ray Cloninger, Jr.        Case Number: 0980 2:19CR00216-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 15, 2020

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472;<br>Manufacture of Counterfeit Currency, 18 U.S.C. § 471 | |
| Original Sentence: | Prison - 36 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 10, 2024) | Prison- 10 months<br>TSR- 26 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: December 27, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: February 26, 2027 |

## PETITIONING THE COURT

To issue a summons

On January 2, 2025, the offender's conditions of supervision were reviewed by the probation officer. Mr. Cloninger signed the conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: It is alleged that William Cloninger violated the terms of his supervised release by being terminated from the residential reentry center (RRC) on or about February 11, 2025. |

Prob12C
Re: Cloninger, Jr., William Ray
February 21, 2025
Page 2

      On February 11, 2025, the undersigned was notified by RRC staff that Mr. Cloninger submitted a random urinalysis that returned from the lab positive for synthetic marijuana.

      As a result of the positive urinalysis, Mr. Cloninger was terminated from the RRC.

2      **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: It is alleged that William Cloninger violated the terms of his supervised release by ingesting synthetic marijuana on or about February 3, 2025.

      On February 11, 2025, the undersigned was notified by RRC staff that Mr. Cloninger submitted a random urinalysis on February 3, 2025. On February 10, 2025, the urinalysis returned from the lab positive for synthetic marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 21, 2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

February 25, 2025
Date