PROB 12C  
(6/16)

Report Date: October 7, 2025

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ray Cloninger    Case Number: 0980 2:19CR00216-TOR-1

Address of Offender: ███████████████, Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 17, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 36 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (June 5, 2024) | Prison- 10 months TSR- 26 months | | |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: | December 27, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | February 26, 2027 |

### PETITIONING THE COURT

To issue a summons

On January 2, 2025, the offender's conditions of supervision were reviewed by the probation officer. Mr. Cloninger signed the conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: It is alleged that Mr. Cloninger violated standard condition #5 by failing to reside at an approved residence since August 17, 2025. |
| | On September 29, 2025, the undersigned attempted a random home visit. Upon arrival, the undersigned spoke with a resident at the clean and sober house where Mr. Cloninger was |

approved to reside. He did not know who the offender was and advised there is a board in the kitchen with everyone's name and phone number who reside at the clean and sober house. The undersigned entered into the home and viewed the board with all occupants in the home, and the offender's name was not on there.

The officer contacted the owner of the clean and sober house. He advised that Mr. Cloninger was evicted due to testing positive for controlled substances, methamphetamine, on two separate occasions. He tested positive for methamphetamine on August 3 and 10, 2025. The clean and sober house does not send urine specimens to a lab, so there is no documentation of the positive test. The undersigned attempted to contact the offender via telephone, and it appeared his phone was disconnected.

Later that same day, the undersigned contacted the offender at his employment and questioned about his housing. He adamantly denied being evicted due to a positive drug test. He stated that he was not getting along with roommates and got caught smoking a cigarette on the porch and was evicted. He did admit to not reporting that information to his probation officer, stating "I was trying to get my own housing and then tell you."

2   **Special Condition # 7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: It is alleged that William Cloninger violated the terms of his supervised release by ingesting methamphetamine on or about September 27, 2025.

   On September 29, 2025, Mr. Cloninger reported to the probation office as instructed. He submitted a random urinalysis which returned presumptive positive for methamphetamine and amphetamine. He admitted drinking alcohol on September 27, 2025, but denied any methamphetamine use. The urine sample was sent to the lab for confirmation.

   On October 5, 2025, the urine sample that was submitted on September 29, 2025, returned positive for methamphetamine and diluted.

   On October 6, 2025, Mr. Cloninger reported to the U.S. Probation Office as instructed. He was questioned about his urine sample on September 27, 2025, returning from the lab diluted, and adamantly denied taking anything that would alter his urine sample. He submitted to a random urinalysis, and it returned negative.

3   **Special Condition # 8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

   **Supporting Evidence**: It is alleged that William Cloninger violated the terms of his supervised release by consuming alcohol on or about September 27, 2025.

Prob12C
**Re: Cloninger, William Ray**
**October 7, 2025**
**Page 3**

On September 29, 2025, Mr. Cloninger reported to the probation office as instructed. He submitted a random urinalysis, which returned presumptive positive for methamphetamine and amphetamine. He admitted drinking alcohol on September 27, 2025, but denied any methamphetamine use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/07/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

October 7, 2025
Date