PROB 12C
(6/16)

Report Date: November 5, 2025

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2025

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ray Cloninger          Case Number: 0980 2:19CR00216-001

Address of Offender: ██████████████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 15, 2020

Original Offense:          Passing Counterfeit Currency, 18 U.S.C. § 472

Original Sentence:          Prison - 36 months;          Type of Supervision: Supervised Release
                            TSR - 36 months

Revocation Sentence:       Prison- 10 months
(June 5, 2024)             TSR- 26 months

Asst. U.S. Attorney:       Earl A. Hicks          Date Supervision Commenced: December 27, 2024

Defense Attorney:          John Stephen Roberts, Jr.          Date Supervision Expires: February 26, 2027

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/07/2025.

On January 2, 2025, the offender's conditions of supervision were reviewed by the probation officer. Mr. Cloninger signed the conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that William Cloninger violated the terms of his supervised release by ingesting methamphetamine on or about November 4, 2025.

On October 28, 2025, Mr. Cloninger reported for his initial appearance on violations 1-3. At that time, because it seemed as if Mr. Cloninger was back on the right track neither the probation office or the U.S. Attorney's Office was recommending detention at that time. After his initial appearance, he reported to the U.S. Probation Office and submitted a random urinalysis, which returned negative.  A sweat patch was placed on Mr. Cloninger to confirm

Prob12C
**Re: Cloninger, William Ray**
**November 5, 2025**
**Page 2**

abstinence.

On November 4, 2025, at approximately 7:50 a.m., the undersigned contacted Mr. Cloninger and instructed him to report to the U.S. Probation Office on that date. Later that same date, Mr. Cloninger reported to the probation office as instructed. He submitted a random urinalysis which returned presumptive positive for methamphetamine. He admitted use and signed an admission form stating he last used on November 4, 2025. It is very concerning that Mr. Cloninger knowingly used methamphetamine prior to reporting to the probation office. His sweat patch was removed and sent to the lab for confirmation. Those results are still pending and will be reported once they are confirmed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/05/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice
United States District Judge
November 5, 2025

Date