PROB 12C
(6/16)

Report Date: November 17, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Ray Cloninger | Case Number: 0980 2:19CR00216-TOR-1 |
| Address of Offender: ▮▮▮▮▮ | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: July 15, 2020 | |
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 |
| Original Sentence: | Prison - 36 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 5, 2024) | Prison- 10 months TSR- 26 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: December 27, 2024 |
| Defense Attorney | John Steven Roberts, Jr. | Date Supervision Expires: February 26, 2027 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/07/2025 and 11/05/2025.

On January 2, 2025, the offender's conditions of supervision were reviewed by a U.S. probation officer. Mr. Cloninger signed the conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: It is alleged that Mr. Cloninger has violated standard condition number 5 by no longer living at his approved reside on or about November 11, 2025. |
| | On November 12, 2025, the undersigned was notified by the housing manager of the clean and sober house Mr. Cloninger was last approved to reside at, that he was no longer living |

Prob12C
**Re: Cloninger, William Ray**
**November 17, 2025**
**Page 2**

at the clean and sober house. According to the housing manager, he has been trying to get in contact with Mr. Cloninger since November 6, 2025, but was unsuccessful. On November 11, 2025, when the housing manager went to find Mr. Cloninger at the clean and sober house, it was clear that Mr. Cloninger had completely moved out. All of his belongings were gone.

As of the date of this report, Mr. Cloninger has failed to notify the U.S. Probation Office of this change and where he has been residing. This is the second time since August 2025 that Mr. Cloninger has changed his residence and failed to notify the undersigned. This officer worked with Mr. Cloninger after he failed to notify the undersigned about being evicted from his previous approved housing in August 2025, and allowed him to obtain new housing at a clean and sober house. It should be noted, this is the same violation as violation number 1 on the first petition that was filed with the Court on October 7, 2025.

6    **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Cloninger violated special condition number 7 by failing to show up for his random urinalysis on or about November 7 and 10, 2025.

On November 10, 2025, the undersigned was notified by Pioneer Human Services (PHS) that Mr. Cloninger failed to show for his random urinalysis on November 7, 2025.

On November 12, 2025, the undersigned was notified by Pioneer Human Services (PHS) that Mr. Cloninger failed to show for his random urinalysis on November 10, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/17/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
**Re: Cloninger, William Ray**
**November 17, 2025**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_November 17, 2025_
Date